UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ADAMS EXTRACT & SPICE, LLC**<br>　　　　Plaintiff<br><br>　　　　v.<br><br>**VAN de VRIES SPICE CORPORATION**<br>　　　　Defendant/Third-Party<br>　　　　Plaintiff<br><br>　　　　v.<br><br>**A.A. SAYIA & COMPANY, INC. and JABS INTERNATIONAL PBT. LTD.**<br>　　　　Third-Party Defendants | Civil Action No: 3:11-cv-00720-JAP-TJB |

## JOINT STIPULATION TO DISMISS

The above captioned matter having been settled between the parties, the parties stipulate and agree that the above matter, including all Crossclaims and Third-Party claims, shall be Dismissed with Prejudice.

Respectfully submitted,

| | |
|---|---|
| **NELSON LEVINE de LUCA & HAMILTON** | **LITCHFIELD CAVO, LLP** |
| | |
| By:  /s/ Jeffrey M. Zielinski | By:   /s/ John D. Shea |
| Jeffrey M. Zielinski, Esquire | John D. Shea, Esquire |
| Nelson Levine de Luca & Hamilton | Nicole Strauss-Russo, Esquire |
| 457 Haddonfield Road, Suite 710 | Litchfield Cavo LLP |
| Cherry Hill, NJ 08002 | 1800 Chapel Avenue West, Suite 360 |
| 856-665-8500 | Cherry Hill, NJ 08002 |
| 856-665-8501 (Facsimile) | 856-854-3636 |
| Jzielinski@nldhlaw.com | shea@litchfieldcavo.com |
| Attorneys for Plaintiff, | Attorneys for Defendant/Third-Party Plaintiff, |
| Adams Extract & Spice, LLC | Van de Vries Spice Corporation |

| | |
|---|---|
| **SIMON & LUPO, ESQS.** | **SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.** |
| **By:** /s/ Richard Lupo<br>Richard Lupo, Esquire<br>Simon & Lupo, Esqs.<br>1254 Highway 27<br>North Brunswick, NJ 08902<br>(732) 846-2200<br>(732) 937-6536 (fax)<br>fasimon@simonandlupo.com<br>Attorneys for Third-Party Defendant,<br>JABS International PBT, LTD. | **By:** /s/ Walter H. Swayze<br>Walter H. Swayze, III, Esquire<br>Joseph F. Kampherstein, III, Esquire<br>Segal McCambridge Singer & Mahoney, Ltd.<br>15 Exchange Place, Suite 1020<br>Jersey City, NJ 07302<br>201-209-0393<br>201-209-1223 (fax)<br>Jkampherstein@smsm.com<br>Attorneys for Third-Party Defendant,<br>A.A. Sayia & Company, Inc. |

So Ordered this ___ day of _____, 2012.

_____