UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ADAMS EXTRACT & SPICE, LLC**<br>**Plaintiff**<br><br>v.<br><br>**VAN de VRIES SPICE CORPORATION**<br>**Defendant/Third-Party Plaintiff**<br><br>v.<br><br>**A.A. SAYIA & COMPANY, INC. and JABS INTERNATIONAL PBT. LTD.**<br>**Third-Party Defendants** | RECEIVED<br><br>NOV 1 3 2012<br><br>AT 8:30_____M<br>WILLIAM T. WALSH, CLERK<br><br>Civil Action No: 3:11-cv-00720-JAP-TJB |

### JOINT STIPULATION TO DISMISS

The above captioned matter having been settled between the parties, the parties stipulate and agree that the above matter, including all Crossclaims and Third-Party claims, shall be Dismissed with Prejudice.

Respectfully submitted,

**NELSON LEVINE de LUCA & HAMILTON**

By: /s/ Jeffrey M. Zielinski
Jeffrey M. Zielinski, Esquire
Nelson Levine de Luca & Hamilton
457 Haddonfield Road, Suite 710
Cherry Hill, NJ 08002
856-665-8500
856-665-8501 (Facsimile)
Jzielinski@nldhlaw.com
Attorneys for Plaintiff,
Adams Extract & Spice, LLC

**LITCHFIELD CAVO, LLP**

By: /s/ John D. Shea
John D. Shea, Esquire
Nicole Strauss-Russo, Esquire
Litchfield Cavo LLP
1800 Chapel Avenue West, Suite 360
Cherry Hill, NJ 08002
856-854-3636
shea@litchfieldcavo.com
Attorneys for Defendant/Third-Party Plaintiff,
Van de Vries Spice Corporation

| | |
|---|---|
| **SIMON & LUPO, ESQS.** | **SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.** |
| By: /s/ Richard Lupo | By: /s/ Walter H. Swayze |
| Richard Lupo, Esquire | Walter H. Swayze, III, Esquire |
| Simon & Lupo, Esqs. | Joseph F. Kampherstein, III, Esquire |
| 1254 Highway 27 | Segal McCambridge Singer & Mahoney, Ltd. |
| North Brunswick, NJ 08902 | 15 Exchange Place, Suite 1020 |
| (732) 846-2200 | Jersey City, NJ 07302 |
| (732) 937-6536 (fax) | 201-209-0393 |
| fasimon@simonandlupo.com | 201-209-1223 (fax) |
| Attorneys for Third-Party Defendant, | Jkampherstein@smsm.com |
| JABS International PBT, LTD. | Attorneys for Third-Party Defendant, |
| | A.A. Sayia & Company, Inc. |

So Ordered this 12 day of NOV, 2012.

_____